IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-30-UNA |
| | ) | |
| BRAD LEE DERRICKSON, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER TO SEAL INDICTMENT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, moves that the Indictment and File in this case be sealed until further order of the Court.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 2-27-07

AND NOW, to wit, this 27 day of February, 2007, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the Indictment and File in the above-captioned case be sealed until further order of the Court.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge

FILED
FEB 27 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE