IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07- 30- JNA |
| | ) | |
| BRAD LEE DERRICKSON, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER FOR ARREST WARRANT

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant for the arrest and apprehension of Brad Lee Derrickson, pursuant to an Indictment returned against him by the Federal Grand Jury on February 27, 2007.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated:    February 27, 2007

**AND NOW**, this ___27___ day of ___February___, 2007, upon the foregoing Motion, **IT IS ORDERED** that an arrest warrant issue for the arrest and apprehension of BRAD LEE DERRICKSON.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge

FILED

FEB 2 7 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE