IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No. 07- 30- UNA |
| | ) |
| BRAD LEE DERRICKSON, | ) |
| | ) |
| Defendant. | ) |

REDACTED

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

#### Counts 1 -5

From on or about January 2, 2006, through on or about January 13, 2006, in the District of Delaware, Brad Lee Derrickson, the defendant, knowingly received and attempted to receive child pornography, that is, computer generated visual depictions in the form of video files which are of minors engaged in sexually explicit conduct, which child pornography had been transported in interstate and foreign commerce by computer, the dates being described more particularly, as follows:

| Count | Date Received |
|:---:|:---:|
| 1 | January 2, 2006 |
| 2 | January 3, 2006 |
| 3 | January 4, 2006 |
| 4 | January 10, 2006 |
| 5 | January 13, 2006 |



FILED

FEB 2 7 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

in violation of Title 18, United States Code, Section 2252A(a)(2) and (b)(1).

### Count 6

On or about August 15, 2006, in the District of Delaware, Brad Lee Derrickson, the defendant, knowingly possessed a computer hard drive that contained images of child pornography, that is, visual depictions which are of minors engaged in sexually explicit conduct, specifically, actual and simulated sexual intercourse and the lascivious exhibition of the genitals and pubic area, which child pornography had been transported in interstate commerce and which had been produced using materials which had been transported in interstate commerce, in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

### Counts 7 - 11

From on or about January 2, 2006, through on or about January 13, 2006, in the District of Delaware, Brad Lee Derrickson, the defendant, knowingly received visual depictions, that is, computer video files, that depict computer images that are or appear to be of minors engaging in graphic sexual intercourse; that lack serious literary, artistic, political, or scientific value; and that had been transported in interstate and foreign commerce by any means, including by computer, and which had been produced using materials that have been shipped or transported in interstate or foreign commerce, the dates being described more particularly, as follows:

| Count | Date Received |
|---|---|
| 7 | January 2, 2006 |
| 8 | January 3, 2006 |
| 9 | January 4, 2006 |
| 10 | January 10, 2006 |

|  Count  |  Date Received  |
|---|---|
|  11  |  January 13, 2006  |

in violation of Title 18, United States Code, Sections 1466A(a)(2)(A) and (B), and 2252A(b)(1).

A TRUE BILL:

_____
Foreman

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 2-27-07