IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR No. 07-30 (UNA) |
| | ) |
| BRAD LEE DERRICKSON, | ) |
| | ) |
| Defendant. | ) |

### MOTION AND ORDER TO UNSEAL INDICTMENT AND FILE

The United States of America, by and through its undersigned attorney, Edmond Falgowski, Assistant United States Attorney for the District of Delaware, moves that the indictment and file in the above-captioned case be unsealed.

COLM F. CONNOLLY
United States Attorney

BY: _____
Edmond Falgowski
Assistant United States Attorney

Dated:

IT IS SO ORDERED this __2__ day of __March__, 2007.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge

FILED
MAR 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE