AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

UNITED STATES OF AMERICA

V.

BRAD LEE DERRICKSON

**WARRANT FOR ARREST**

Case Number: CR 07-30-~~UNA~~ GMS

~~SEALED~~ UNSEALED 3/2/07

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ BRAD LEE DERRICKSON _____
                                                            Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

RECEIPT OF CHILD PORN BY A COMPUTER ( COUNTS I THRU V );
POSSESSION OF CHILD PORNOGRAPHY ( COUNT VI );
RECEIPT OF OBSCENE DEPICTIONS OF CHILDREN ( COUNTS VII THU XI )

FILED
APR - 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

in violation of Title ___ 18 ___ United States Code, Section(s) ___ 2252A(a)(5)(B) and (b)(2) ___

PETER T. DALLEO                         BY: /s/ [signature] : DEPUTY CLERK
Name of Issuing Officer                       Signature of Issuing Officer

CLERK OF COURT                          FEBRUARY 28, 2007 at WILMINGTON, DE
Title of Issuing Officer                      Date and Location

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

844 King St Wilmington DE

| DATE RECEIVED 2/28/07 | NAME AND TITLE OF ARRESTING OFFICER for INS | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 03/02/07 | J Pdicichio | [signature] |