IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 07-30-GMS |
| ) | |
| BRAD LEE DERRICKSON, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO CONTINUE SENTENCING

COMES NOW the United States of America, by and through its undersigned attorney, and respectfully requests that sentencing be continued. In support of its motion, the United States provides the following information:

1. The defendant is scheduled for sentencing on December 6, 2007, at 10:00 AM.

2. James E. Liguori, Esquire, counsel for the defendant, has advised the United States that he will be filing a downward departure motion. The undersigned Assistant United States Attorney wants to personally respond to that motion at sentencing but is scheduled to be out of town at training on the day scheduled for sentencing.

3. The United States has discussed this motion with Mr. Liguori and he has no objection to the motion. Mr. Liguori reports that he is available for sentencing on December 20, 2007, should that date be convenient for the Court.

WHEREFORE, the United States respectfully requests that sentencing be continued.

COLM F. CONNOLLY<br>
United States Attorney<br>
<br>
By: _____<br>
Edmond Falgowski<br>
Assistant United States Attorney

Dated: 11-20-07

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 07-30-GMS |
| | ) | |
| BRAD LEE DERRICKSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

WHEREAS, the United States has filed a motion to continue sentencing and the defendant has no objection,

**IT IS ORDERED** this _____ day of _____, 2007, that sentencing is continued.

**IT IS FURTHER ORDERED** that sentencing is rescheduled to _____.

 

_____
Honorable Gregory M. Sleet
Chief Judge
United States District Court