IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| v. | ) Criminal Action No. 07-30-GMS |
| BRAD LEE DERRICKSON, | ) ) |
| Defendant. | ) ) |

# ORDER

WHEREAS, the United States has filed a motion to continue sentencing and the defendant has no objection,

IT IS ORDERED this 21st day of Nov, 2007, that sentencing is continued.

IT IS FURTHER ORDERED that sentencing is rescheduled to December 20, 2007 at 11:15 a.m.

_____
Honorable Gregory M. Sleet
Chief Judge
United States District Court



FILED
NOV 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE