# Liguori, Morris & Yiengst

**Attorneys At Law**
46 The Green, Dover, Delaware 19901
(302) 678-9900 • Fax (302) 678-3008



James E. Liguori
Gregory A. Morris
Laura A. Yiengst

December 13, 2007

The Honorable Gregory Sleet
U.S. District Court for the District of Delaware
Lock Box 19
844 North King Street
Wilmington, DE 19801

**RE:    USA v. Derrickson**
**Docket No. 1:07CR00030-001(GMS)**

Dear Judge Sleet:

The above client is scheduled for sentencing on Thursday, December 20, 2007.

I start a case in the Superior Court in Kent County, State v. Powers on Monday, December 17, 2007. It is a rape case that I thought was going to resolve without the need for trial. That is not the case now. I expect the case to end Friday, December 21, 2007.

Therefore, I respectfully request the sentencing be continued for a short period of time.

I've spoken with AUSA Corky Falgowski and he does not oppose my request.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ James E. Liguori
**JAMES E. LIGUORI, ESQUIRE**
46 The Green
Dover, DE 19901
(302) 678-9900
Attorney for Defendant

cc:    Corky Falgowski, AUSA (via e-file)