# Liguori, Morris & Yiengst

**Attorneys At Law**
46 The Green, Dover, Delaware 19901
(302) 678-9900 • Fax (302) 678-3008



James E. Liguori
Gregory A. Morris
Laura A. Yiengst

December 14, 2007

The Honorable Gregory Sleet
U.S. District Court for the District of Delaware
Lock Box 19
844 North King Street
Wilmington, DE 19801

RE:  USA v. Derrickson
     Docket No. 1:07CR00030-001(GMS)

Dear Judge Sleet:

    I appreciate your consideration in continuing the above defendant's sentencing from December 20, 2007 to January 3, 2008. Unfortunately, I regretfully inform you that I will not be returning to the State of Delaware until the evening of January 4, 2008. If you would continue the matter until my return I can be in your court either January 7, 2008 or January 8, 2008 or any other date at your direction.

    Again, I am very sorry for any inconvenience this has caused the court and I thank you for your attention to this matter.

Respectfully submitted,

/s/ James E. Liguori
**JAMES E. LIGUORI, ESQUIRE**
46 The Green
Dover, DE 19901
(302) 678-9900
Attorney for Defendant

cc:  Corky Falgowski, AUSA (via e-file)